IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 1:01cr70WJG-1

ALEXANDER FREDERICK MAY

O R D E R

THIS MATTER is before the Court on the motion *ore tenus* of United States Probation Officer Kurt Raymond for the unsealing of the Presentence Report [PSR] of Defendant Alexander Frederick May, (Ct. R., Doc. 218), for the purpose of review and information in conjunction with Defendant's request for clemency on his outstanding restitution. As the Court finds Officer Raymond's request well-taken, it is hereby,

ORDERED that Officer Raymond's motion *ore tenus* be, and is hereby granted. It is further,

ORDERED that Defendant Alexander Frederick May's PSR be, and is hereby, unsealed for the sole use of the United States Probation Office [USPO], and that office may retrieve the PSR from the Clerk of Court. It is further,

ORDERED that the PSR shall be returned to the Clerk of Court and resealed at the conclusion of the USPO's investigation.

SO ORDERED, this the 15th day of June, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE